■ NASSAU-SUFFOLK REALTY Co., INC., Appellant, v DONALD E. AXINN, Respondent.—Appeal from order of the Supreme Court, Nassau County,

entered April 11, 1979, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court dated June 22, 1979, affirmed. No opinion. The defendant is awarded one bill of $50 costs and disbursements. Hopkins, J. P., Damiani, Titone and Mangano, JJ., concur.